IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE E. REAM and | : | |
| WILLIAM J. REAM, SR. | : | No. 1:20-cv-00922 |
|    Plaintiffs | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| ETHICON, INC. and | : | |
| JOHNSON & JOHNSON, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 24th day of November 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 60), and Plaintiffs' response thereto, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' Motion for Summary Judgment (Doc. No. 60) is **GRANTED**;

2. Defendants' Motion to Exclude or Limit Testimony of Dr. John P. Brennan (Doc. No. 27) is **DENIED AS MOOT**; and

3. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiffs and **CLOSE** this case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania